```
                   UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF KENTUCKY
                     CENTRAL DIVISION at LEXINGTON
```

JERRY JEROME ELDRIDGE,          )
                                )
    Plaintiff,                  )      Civil No. 5: 21-084-JMH
                                )
V.                              )
                                )
J. TACKETT, et al.,             )             **JUDGMENT**
                                )
    Defendants.                 )

                    ****    ****    ****    ****

Consistent with the Memorandum Opinion and Order entered this date, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby **ORDERED** and **ADJUDGED** as follows:

(1) Plaintiff Jerry Jerome Eldridge's complaint [R. 1] is **DISMISSED WITH PREJUDICE;**

(2) This action is **DISMISSED** and **STRICKEN** from the Court's docket; and

(3) This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

This 8th day of April, 2021.



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge